[865 NE2d 1239, 834 NYS2d 73]

In the Matter of JEAN MARSHALL.

Decided March 27, 2007

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable Jean Marshall is suspended with pay, effective immediately, from her office of Justice of the Cuyler Town Court, Cortland County, pending disposition of her request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.